**Hyrum M. Zeyer ISB # 8436**
Peterson Zeyer Law
1215 W. Hays
Boise, ID 83702
(208) 433-9882 phone
(208) 433-9886 fax

UNITED STATES BANKRTUPCY COURT

FOR THE DISTRICT OF IDAHO

In the Matter of:            )        Case No. 19-00257-JMM
Jason Allen Boyce            )
Samantha Lillian Boyce       )
_____Debtors._____)

# MOTION TO CONVERT

   COMES NOW, Hyrum M. Zeyer, attorney for the above-named debtors and hereby moves this Honorable Court for an order allowing the debtors to convert from their Chapter 7 Bankruptcy to a Chapter 13 Wage Earner Plan.  Debtors have not entered into any executory contracts or acquired any property since filing their Chapter 7 Bankruptcy.

   Dated this 3rd Day of June, 2019.

                                        /s/ Hyrum M. Zeyer_____
                                        Hyrum M. Zeyer


**Approved as to Content:**


 /s/ Jason Allen Boyce_____
Jason Allen Boyce

/s/ Samantha Lillian Boyce
Samantha Lillian Boyce